# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-203
LT Case No. 16-2015-CF-002033-A

———————————————

RAYSHAUD JEROME DUKES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Jessica J. Yeary, Public Defender, and Justin F. Karpf,
Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Adam B. Wilson,
Assistant Attorney General, Tallahassee, for Appellee.

September 26, 2023

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____